```
1  DOUGLAS R. THORN (CA Bar No. 133521)
   Law Office of Douglas R. Thorn
2  7601 Watson Way
   Citrus Heights, California 95610
3  Telephone – (916) 735-9910
   Email – drthorn@surewest.net
4
5  Attorney for Defendant Town of Paradise
6
```

7              UNTIED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BRINCKERHOFF, | Case No. 2:10−CV−00023−MCE−GGH |
| Plaintiff, | NOTICE OF MOTION AND MOTION FOR DISCOVERY ORDERS AND MONETARY SANCTIONS |
| v. | |
| TOWN OF PARADISE, | |
| Defendant. | |

PLEASE TAKE NOTICE that Defendant Town of Paradise shall, and herby does, move the Court for the following discovery related orders:

1.     Compelling Plaintiff Melissa Brinckerhoff to prepare and serve Defendant with complete Rule 26 disclosures as provided in Rule 26 and Rule 37 of the Federal Rules of Civil procedure;

2.     Imposing protective orders under Rules 26 and 37 of the Federal Rules of Civil Procedure: (a) that prohibit Plaintiff Melissa Brinkerhoff and her attorneys, Alden Knisbacher and Michael Sorgen, from annoying, embarrassing, oppressing, and harassing defendants, witnesses, and opposing counsel; (b) that require Plaintiff Melissa Brinckerhoff's attorneys, Alden Knisbacher and Michael Sorgen, to timely meet and confer with Defendants' counsel, Douglas R. Thorn, regarding discovery disputes that arise in the case; (c) that limit the scope of discovery in the case; (d) that designates those persons who may be present at depositions; (e) that forbids inquiry into designated matters; (f) that prohibits Plaintiff Melissa Brinckerhoff and her attorneys, Alden Knisbacher and Michael Sorgen, from using any evidence at depositions, trials, or on motions that has not been previously disclosed; (g) that specifies the time and place for discovery;

3.       Imposing monetary sanctions on Plaintiff Melissa Brinckerhoff and her attorneys, Alden Knisbacher and Michael Sorgen, under Rules 26 and 37 of the Federal Rules of Civil Procedure for not timely discharging their disclosure obligations, and for abusing the discovery process that necessitated this motion.

The Honorable Gregory G. Hollows will hold a hearing on this motion at 10:00 a.m. on September 30, 2010 in Courtroom 9 of the United States Courthouse located at 501 I Street, Sacramento, California.  The motion is based on this Notice of Motion and Motion, the Joint and/or Separate Statements regarding the disputes, the declarations filed in support of the motion, the additional Points and Authorities filed in support of the motion, and on such other and further evidence offered and received by the Court at the hearing on the motion.

Date:  September 1, 2010            */s/ Douglas R. Thorn*
                                    Attorney for Defendant Town of Paradise