IN THE UNITED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELISSA BRINCKERHOFF,

    Plaintiff,

    v.                                          NO. CIV. S-10-0023 MCE GGH

TOWN OF PARADISE,

<u>ORDER</u>

    Defendant.

_____/

        Plaintiff has filed an ex parte application to continue the hearing on defendant's motion for discovery and sanctions, filed September 1, 2010. Defendant has filed an opposition. Plaintiff's application will be granted, subject to certain conditions.

        Accordingly, IT IS ORDERED that:

        1. Plaintiff's ex parte application to continue the hearing on defendant's motion for discovery and sanctions, filed September 16, 2010, (dkt. # 13), is granted.

        2. The hearing on defendant's discovery motion, (dkt. # 10), is continued from September 30, 2010 to October 21, 2010 at 10:00 a.m. in courtroom #9.

        3. The parties shall meet and confer prior filing their joint statement on October 14, 2010.

        4. If the parties have not met and conferred prior to October 7, 2010, they shall

1

1  meet and confer in the undersigned's jury deliberation room on October 7, 2010 at 10:00 a.m.

2  DATED: September 20, 2010                    /s/ Gregory G. Hollows

3                                                                    UNITED STATES MAGISTRATE JUDGE

   GGH:076/Brinckerhoff0023.cont.wpd
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26