UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BRINCKERHOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF PARADISE,<br><br>    Defendant. | Case No. 2:10−CV−00023−MCE−GGH<br><br>ORDER ON UNOPPOSED EX PARTE APPLICATION TO CONTINUE BRIEFING SCHEDULE AND HEARING DATE ON PARTIES DISCOVERY MOTIONS |

    The Court has considered the unopposed ex parte application for a continuance, and good cause appearing therefore, hereby GRANTS the application. The hearing on the parties' discovery motions currently scheduled for Thursday, October 21, 2010 at 10:00 a.m. is continued to Thursday, November 4, 2010 at 10:00 a.m. Moving papers shall be served on the opposing party by midnight on October 26, 2010. Opposition papers shall be served on the moving party by midnight on October 28, 2010. No issues shall be withheld for reply. The moving party shall file the Joint Statements by 12:00 p.m. on Friday, October 29, 2010.

    IT IS SO ORDERED

October 12, 2010        /s/ Gregory G. Hollows
                                          Honorable Gregory G. Hollows
                                          United States Magistrate Judge