ALDEN KNISBACHER, SBN 169705
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, California 94104
Telephone: (415) 522-5200
Facsimile: (415) 522-5201
E-mail: alden@knisbacherlaw.com

MICHAEL SORGEN, SBN 43107
LISA P. MAK, SBN 260281
LAW OFFICES OF MICHAEL SORGEN
240 Stockton Street, Ninth Floor
San Francisco, California 94108
Telephone: (415) 956-1360
Facsimile: (415) 956-6342
E-mail: lmak@sorgen.net

**ATTORNEYS FOR PLAINTIFF
MELISSA BRINCKERHOFF**

DOUGLAS R. THORN (CA Bar No. 133521)
Law Office of Douglas R. Thorn
7601 Watson Way
Citrus Heights, California 95610
Telephone – (916) 735-9910
Email – drthorn@surewest.net

**Attorney for Defendants**

UNTIED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BRINCKERHOFF, | Case No. 2:10−CV−00023−MCE−GGH |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF |
| v. | |
| TOWN OF PARADISE, | |
| Defendant. | |

STIPULATION AND ORDER

The parties, by and through their attorney of record, herby stipulate and agree as follows:

1. Discovery cutoff in this case is on July 7, 2011.

2. The parties have a number of depositions to complete before the discovery cutoff, but because of conflicts in the respective schedules of the attorneys of record and some of the witnesses, the parties will need an additional 2 weeks to complete all of the depositions. The parties therefore stipulate and agree to extend the discovery cutoff in the case through and including July 21, 2011. All other provisions of the Court's Scheduling order shall remain in effect.

IT IS SO STIPULATED

Date: June 7. 2011             /s/ Lisa P. Mak
                               Attorney for Plainitff


Date: June 7. 2011             /s/ Douglas R. Thorn
                               Attorney for Defendants

## ORDER

Having considered the stipulation of the parties, and for good cause, the Court hereby modifies its Scheduling Order to extend the discovery cutoff in this case through and including July 21, 2011. All other provisions of the Scheduling Order shall remain in effect.

IT IS SO ORDERED.

Date: June 7, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

STIPULATION AND ORDER