IN THE UNITED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELISSA BRINCKERHOFF,

    Plaintiff,

  v.                                  NO. CIV. S-10-0023 MCE GGH

TOWN OF PARADISE,

<u>ORDER</u>

    Defendant.

_____/

       Plaintiff has filed an ex parte application for order shortening time to hear her amended motion for discovery and sanctions, filed September 19, 2011, currently scheduled for hearing on October 13, 2011.  Plaintiff's request will be granted; however, this motion will be the last discovery motion heard by the undersigned in this case, except for any last counter-motion defendant desires to make, if necessary, which will be heard on the same date.

\\\\

\\\\

\\\\

\\\\

\\\\

\\\\

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's ex parte application for order shortening time, filed September 19, 2011, (dkt. # 94), is granted.

2. The hearing on plaintiff's amended discovery motion, (dkt. # 93), is rescheduled from October 13, 2011 to October 6, 2011.

3. A joint statement that is fully completed shall be filed by September 29, 2011.

DATED: September 20, 2011

  /s/ Gregory G. Hollows  

UNITED STATES MAGISTRATE JUDGE

GGH:076/Brinckerhoff0023.mtn.wpd