IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELISSA BRINCKERHOFF,

    Plaintiff,                               NO. CIV. S-10-0023 MCE GGH

    v.

TOWN OF PARADISE,

    Defendant.                            <u>ORDER</u>

_____/

        Previously pending on this court's law and motion calendar for October 6, 2011, was plaintiff's motion to compel further discovery and for sanctions, filed September 19, 2011.[1] Alden Knisbacher appeared for plaintiff. Doug Thorn represented defendant. Having heard oral argument and reviewed the papers, the court now issues the following summary order.

        For the reasons stated at hearing, IT IS ORDERED that: Plaintiff's amended motion for discovery and sanctions, filed September 19, 2011 (dkt. no. 93), is denied except that plaintiff shall be permitted to take the depositions of Robert Duncan and Phil Rose within the

////

////

---

[1] The matter was heard on shortened time pursuant to plaintiff's application, filed September 19, 2011.

1

1  remaining discovery period.[2]  The parties shall work together to schedule dates within this

2  period, and if either of the depositions cannot be scheduled amicably by close of business on

3  Friday, October 7, 2011, plaintiff shall subpoena these witnesses.

4  DATED: October 7, 2011

5  　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

6

GGH:076/Brinckerhoff0023.Oct11.wpd

---

[2] On September 1, 2011, the district court extended the discovery deadline to October 28, 2011.  (Dkt. no. 91.)