ALDEN KNISBACHER, SBN 169705
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, California 94104

Telephone:   (415) 522-5200
Facsimile:    (415) 522-5201

MICHAEL SORGEN, SBN 43107
LAW OFFICE OF MICHAEL SORGEN
240 Stockton Street, Ninth Floor
San Francisco, California  94108

Telephone:   (415) 956-1360
Facsimile:    (415) 956-6342

Attorneys for Plaintiff
MELISSA BRINCKERHOFF

DOUGLAS R. THORN (CA Bar No. 133521)
Law Office of Douglas R. Thorn
7601 Watson Way
Citrus Heights, California 95610
Telephone – (916) 735-9910
Email – drthorn@surewest.net

Attorney for Defendant
TOWN OF PARADISE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BRINCKERHOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>TOWN OF PARADISE,<br><br>    Defendant. | Case No. 2:10−CV−00023−MCE−GGH<br><br>STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER RE EXPERT DISCLOSURES AND DISPOSITIVE MOTIONS |

Plaintiff and Defendant, through their attorneys of record, stipulate and agree to the following:

1. The date currently set for the exchange of expert disclosures and supplemental disclosures should be moved to give the parties more time to evaluate the nature and scope of any expert testimony that may be necessary or desirable in this case and to locate experts who are qualified to provide that testimony. Subject to approval by the Court, Plaintiff and Defendant therefore stipulate and agree to change the schedule for the exchange of expert disclosures and supplemental expert disclosures to the following dates:

**Expert Disclosures** exchanged on March 1, 2012

**Supplemental Expert Disclosures** exchanged on March 21, 2012

2. The current schedule for filing and briefing motions and cross-motions for summary judgment should be extended to give the parties more time after they obtain all of the deposition transcripts still being prepared by the reporter to analyze all of the evidence in the case to determine whether summary judgment or partial summary judgment would likely resolve all or some of the claims and issues in the case. Subject to approval by the Court, Plaintiff and Defendant therefore stipulate and agree to change the schedule for filing and briefing motions and cross-motions for summary judgment as follows:

**Plaintiff's dispositive motion** to be filed on March 23, 2012

**Defendant's opposition and cross-motion** to be filed on April 13, 2012

**Plaintiff's reply and opposition** to be filed on April 27, 2012

**Defendant's reply** to be filed on May 4, 2012

The hearing on dispositive motions shall be at 2:00 p.m. on May 11, 2012.

SO STIPULATED AND AGREED

Date:  November 8, 2011         */s/ Alden Knisbacher*
                                Attorney for Plaintiff

Date:  November 8, 2011
                                */s/ Douglas R. Thorn*
                                Attorney for Defendant

STIPULATION AND ORDER

-1-

**ORDER**

The Court has considered the stipulation and agreement of the parties, and good cause appearing therefore, hereby accepts the stipulation and agreement and orders the following modifications to its prior orders in this case:

1. The date for the exchange of expert disclosures and supplemental expert disclosures is moved to March 1, 2012 and March 21, 2012, respectively.

2. The dispositive motion schedule is moved to the following new dates:

   **Plaintiff's dispositive motion** to be filed on March 23, 2012

   **Defendant's opposition and cross-motion** to be filed on April 13, 2012

   **Plaintiff's reply and opposition** to be filed on April 27, 2012

   **Defendant's reply** to be filed on May 4, 2012

The hearing on dispositive motions shall be on May 17, 2012 at 2:00 p.m. on Courtroom 7.

IT IS SO ORDERED

Dated:  November 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE