UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA BRINCKERHOFF,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE TOWN OF PARADISE,<br>　　　　Defendant. | No.  2:10-cv-00023-MCE-CKD<br><br>**STIPULATION<br>AND REQUEST FOR DISMISSAL; ORDER<br>DISMISSING CASE**<br><br>The Hon. Morrison C. England, Jr. |

　　On June 4, 2014, the parties jointly submitted a Stipulation and Request of Dismissal, with prejudice to the Court pursuant to Federal Rule of Civil Procedure 41(a)(1).   In accordance with that stipulation, and goodcause appearing IT IS HEREBY ORDERED THAT, the above-referenced case is dismissed with prejudice in its entirety.  The Clerk of Court is directed to close the file.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT